**Order entered November 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00216-CR

**NATHAN EARL BURGESS, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 001-86625-2012**

## ORDER

The Court **REINSTATES** the appeal.

On October 22, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On October 30, 2014, we received correspondence from the trial court that a hearing would be conducted on November 7, 2014. We have not yet received the trial court's findings. We have now received appellant's brief, together with an extension motion.

We **GRANT** the extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/      ADA BROWN
        JUSTICE